UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BASF CORPORATION,                                               :
:
:
Plaintiff,                        :
:           25-CV-7978 (JMF)
-v-                                        :
:           ORDER
:
BRONXBULLYZ INC.,                                              :
:
Defendant.                        :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On October 14, 2025, Defendant was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 8. To date, Defendant has failed to appear in this action. No later than **November 12, 2025,** Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if it has any other reason to believe that Defendant has actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: November 5, 2025
       New York, New York
                                                        _____
                                                         JESSE M. FURMAN
                                                         United States District Judge