**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

BASF CORPORATION,

                Plaintiff,

        v.

BRONXBULLYZ INC. d/b/a PRO SHOP
AUTOBODY,

                Defendant.

**DEFAULT JUDGMENT**

Case No.: 1:25-cv-07978-JMF

This action having been commenced on September 25, 2025 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Bronxbullyz Inc. d/b/a Pro Shop Autobody, on October 14, 2025 by service on the New York Secretary of State, and a proof of service having been filed on October 15, 2025 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      **ORDERED, ADJUDGED AND DECREED**: That the plaintiff have judgment against defendant in the liquidated amount of $526,072.00, with prejudgment interest calculated at ~~9% per annum,~~ 4.725%, compounded annually, pursuant to Mich. Comp. Laws Ann. § 600.6013(8) post-judgment interest at the statutory rate, plus costs and disbursements of this action in the amount of $637.50, amounting in all to $526,709.50.

Dated: New York, New York

January 8, 2026

The Clerk of Court is directed to terminate ECF No. 20 and close this case.

_____
                U.S.D.J.

~~This document was entered on the docket~~

~~on~~ _____